1010

No. 71–5335.  MADRIL v. UNITED STATES.  C. A. 9th Cir.  Motion for leave to proceed *in forma pauperis* and certiorari granted.  Judgment vacated and case remanded for further consideration in light of *United States* v. *Bass, ante,* p. 336.  MR. JUSTICE BLACKMUN, with whom THE CHIEF JUSTICE joins, dissents for the reasons stated in his dissenting opinion in *United States* v. *Bass, supra,* at 351.  MR. JUSTICE POWELL and MR. JUSTICE REHNQUIST took no part in the consideration or decision of this motion and petition.

No. 70–5048.  WARDEN v. JANKOWSKI ET AL.  Sup. Ct. Ill.  Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.  Judgment vacated and case remanded for further consideration in light of *Mayer* v. *City of Chicago, ante,* p. 189.  MR. JUSTICE POWELL and MR. JUSTICE REHNQUIST took no part in the consideration or decision of this motion and petition.

No. 70–5092.  COLBERT ET AL. v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Motion for leave to proceed *in forma pauperis* and certiorari granted.  Judgment vacated and case remanded for further consideration in light of *Mayer* v. *City of Chicago, ante,* p. 189.  MR. JUSTICE POWELL and MR. JUSTICE REHNQUIST took no part in the consideration or decision of this motion and petition.

No. 70–5397.  KEEVER v. BAINTER, JUDGE.  Sup. Ct. Iowa.  Motion for leave to proceed *in forma pauperis* and certiorari granted.  Judgment vacated and case remanded for further consideration in light of *United States* v. *Marion, ante,* p. 307.  MR. JUSTICE POWELL and MR. JUSTICE REHNQUIST took no part in the consideration or decision of this motion and petition.